## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mary Jo Mazzitelli, | Civil No. 09-11 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Sojourn Suites, LLC, | |
| Defendant. | |

Based upon the parties' Stipulation (Doc. No. 9), **IT IS ORDERED** that the above-entitled matter is hereby **DISMISSED WITH PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 23, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
